# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1275

_____

United States of America

*Plaintiff - Appellee*

v.

Jenny Racheal Tyler

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa, Waterloo

_____

Submitted: June 15, 2015
Filed: June 18, 2015
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

After revoking Jenny Tyler's supervised release for release-condition violations that she admitted, the district court[1] sentenced her to 8 months in prison and 1 year

---

[1] The Honorable Linda R. Reade, Chief Judge, United States District Judge for the Northern District of Iowa.

of additional supervised release, and added a special release condition requiring that she reside in a residential reentry center for 180 days after her release from prison. On appeal, Tyler challenges as unreasonable the condition on placement in a residential reentry center. After careful review of the record, we conclude that the district court did not abuse its discretion: the court made an individualized inquiry into the facts and circumstances underlying the case, and the special release condition was reasonably related to the 18 U.S.C. § 3553 sentencing factors. See 18 U.S.C. § 3583(d); United States v. Wiedower, 634 F.3d 490, 493 (8th Cir. 2011) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

_____